## 18287.   HENDRIX v. THE STATE.

There being evidence to support the verdict of guilty, this court will not disturb it.

DECIDED JULY 26, 1927.

Making liquor; from Evans superior court—Judge Daniel. May 13, 1927.

P. M. Anderson, for plaintiff in error.

J. T. Grice, solicitor-general, contra.

BLOODWORTH, J.   The motion for a new trial contains the general grounds only. "The decision of every issue of fact is exclusively for the jury." Davis v. Kirkland, 1 Ga. App. 5 (1) (58 S. E. 209).  "No principle of law is founded upon better reason or has been more strictly adhered to by this court than that the jury are the proper judges of the weight and sufficiency of testimony and of the credibility of witnesses, and this court will not disturb the verdict of a jury where there is evidence to support its findings. Stricklin v. Crawley, 1 Ga. App. 139 (58 S. E. 215); Charles v. Brooker, 1 Ga. App. 219 (58 S. E. 218); Daughtry v. S. & S. Ry. Co., 1 Ga. App. 393 (58 S. E. 230)." Unity Cotton Mills v. Hasty, 19 Ga. App. 590 (2) (91 S. E. 915).

Judgment affirmed. Broyles, C. J., and Luke, J., concur.

Criminal Law, 16 C. J. p. 922, n. 3; p. 929, n. 86; p. 930, n. 93; 17 C. J. p. 252, n. 16; p. 255, n. 55; p. 271, n. 41.

---

## 18288.  USRY v. THE STATE.

BROYLES, C. J.   1. In the light of the facts of the case and the entire charge of the court, the several assignments of error upon the charge are without substantial merit.

2. After a careful review of the brief of evidence, this court can not hold that there was no evidence authorizing the verdict; and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

Judgment affirmed.   Luke and Bloodworth, JJ., concur.

DECIDED JULY 26, 1927.

Assault with intent to rape; from Glascock superior court—Judge Perryman.   May 9, 1927.

J. B. & T. R. Burnside, for plaintiff in error.

M. L. Felts, solicitor-general, contra.

Criminal Law, 17 C. J. p. 271, n. 41.